NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN STRAUSBAUGH,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2012-3126

---

Petition for review of the Merit Systems Protection Board in case no. AT315H090034-B-3.

---

**ON MOTION**

---

Before BRYSON, LINN, and REYNA, *Circuit Judges.*

PER CURIAM.

## O R D E R

Stephen Strausbaugh moves for reconsideration of the court's September 17, 2012 order dismissing his petition for review for failure prosecute.

Upon consideration thereof,

IT IS ORDERED THAT:

STEPHEN STRAUSBAUGH v. GPO                                              2

The motion is denied.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s26